IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES EUGENE MOORE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:19cv586-MHT |
| | ) | (WO) |
| WILLIAM STREETER AND JOEY CRAIG, | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION AND ORDER

The plaintiff, a state prisoner, filed a motion for preliminary injunction. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied. Also before the court are plaintiff's objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

    (1) The objections (doc. no. 7) are overruled.

    (2) The recommendation of the United States Magistrate Judge (doc. no. 6) is adopted.

(3) The motion for preliminary injunction (doc. no. 1) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 4th day of October, 2019.

                                               /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE