IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHARLES EUGENE MOORE,  )<br>                           )<br>    Plaintiff,           )<br>                           )<br>    v.                     )<br>                           )<br>WILLIAM STREETER AND JOEY  )<br>CRAIG,                     )<br>                           )<br>    Defendants.            ) | CIVIL ACTION NO.<br>  2:19cv586-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit contending that his rights were violated in disciplinary proceedings against him in July 2019 during his incarceration at the Kilby Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's federal claims be dismissed and that the court decline to exercise jurisdiction over his state-law claims. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo

review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of July, 2020.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**