IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES EUGENE MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv586-MHT |
| | ) | (WO) |
| WILLIAM STREETER AND JOEY CRAIG, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 14) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 13) is adopted.

(3) Plaintiff's federal claims are dismissed without prejudice.

(4) The court declines to exercise jurisdiction over plaintiff's state-law claims, and they are

**dismissed without prejudice.**

**It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.**

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 14th day of July, 2020.**

                             /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**